**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Suite 105
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 513-8530

Attorney for Defendant,
SAMUEL BOBBITT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 6:13-mj-00087-MJS |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| vs. ) | INITIAL APPEARANCE TO |
| ) | SEPTEMBER 17, 2013; |
| ) | ORDER THEREON |
| SAMUEL BOBBITT, ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the Defendant, SAMUEL BOBBITT, his Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter currently

///
///
///
///
///
///
///

STIPULATION TO CONTINUE INITIAL
APPEARANCE TO SEPTEMBER 17, 2013;
ORDER THEREON                                     1

1  scheduled for September 4, 2013 at 10:00 a.m. be continued until September 17, 2013 at 10:00
2  a.m.  Defense counsel will be out of the country on September 4, 2013.

4  Dated:  August 26, 2013                    By:  /s/ Carol Ann Moses
                                                   CAROL ANN MOSES
5                                                  Attorney for Defendant,
                                                   SAMUEL BOBBITT

7  Dated: August 26, 2013                     By: /s/ Susan St. Vincent
                                                   SUSAN ST. VINCENT
8                                                  Legal Officer
                                                   National Park Service

10                                **ORDER**

12     **Good cause appearing, the above stipulation is accepted and becomes the Order of**
    **this Court.**
13  IT IS SO ORDERED.
14  Dated:   August 27, 2013            /s/ *Michael J. Seng*
15                                      UNITED STATES MAGISTRATE JUDGE