Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>SAMUEL J. BOBBOTT,<br><br>           Defendant. | No.  6:13-MJ-0087-MJS<br><br>STIPULATION TO CONTIUE INITIAL APPEARANCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant Samuel J. Bobbitt, by and through his attorney of record, Carol Ann Moses, that the Initial Appearance in the above-captioned matter set for September 17, 2013 shall be continued to October 8, 2013 at 10:00 a.m.

Dated:  September 9, 2013        /S/ Susan St. Vincent_____
                                                   Susan St. Vincent
                                                   Acting Legal Officer
                                                   Yosemite National Park

Dated:  September 9, 2013        /S/ Carol A. Moses_____
                                                   Carol A. Moses
                                                 Attorney for Defendant
                                                 Samuel J. Bobbitt

**ORDER**

Good cause appearing, the above Stipulation is accepted and made the Order of the Court. The Initial Appearance for Samuel J. Bobbitt, case no. 6:13-MJ-087, now set for September 17, 2013, is continued to October 8, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 9, 2013          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE